## ADAMS *et al.* v. BOARD OF COM'RS OF PAWNEE COUNTY.

### No. 1655.   Opinion Filed March 21, 1911.

#### (114 Pac. 617.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal.** The syllabus in Leavitt et al. v. Commercial Nat. Bank, 26 Okla. 164, 109 Pac. 71, is made the syllabus in this case.

(Syllabus by the Court.)

*Error from District Court, Pawnee County; L. M. Poe, Judge.*

Action between Rose Adams and John Ramsey and the Board of County Commissioners of Pawnee County. From the judgment, Adams and Ramsey bring error. Dismissed.

*Redmond S. Cole,* Co. Atty., for defendant in error.

HAYES, J.   Plaintiff in error has failed to file in this proceeding a brief within the time required by rule 7 of this court (20 Okla. viii. 95 Pac. vi), which requires him to prepare and serve his brief within 40 days after filing his petition in this court, and has failed to file any response to the motion to dismiss within the time provided by rule 7 (20 Okla. viii, 95 Pac. vi).

Upon the authority of *Leavitt et al. v. Commercial National Bank,* 26 Okla. 164, 109 Pac. 71, the motion to dismiss is sustained.

TURNER, C. J., and DUNN and KANE, JJ., concur; WILLIAMS, J., not participating.